**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
<u>BALTIMORE DIVISION</u>**

In re:                                              *

Bryan & Amber Gruzenski          *        Case No.:  10-24268

    Debtors                            *        Chapter 13

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**<u>ORDER APPROVING SALE</u>**

Upon a motion and/or notice by the debtors for approval of sale of real property and the application of proceeds to pay-off the existing lien(s), it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the sale noticed by the debtor in this case of real property known as 207 Audrey Avenue, Brooklyn, Maryland  21225, is approved by the court, under the terms of this Order; and it is further

**ORDERED**, that all debts secured by present liens upon the real property shall be paid at settlement; and it is further

**ORDERED**, that after payment of closing costs and satisfaction of liens upon the real property, the settlement officer shall remit directly to the Chapter 13 Trustee the lesser of: the amount required to pay off all allowed claims, or the total remaining net proceeds, together with a copy of the fully executed settlement sheet (HUD-1); and it is further

**ORDERED**, that the plan confirmed in this case is hereby modified by the terms of this Order; and it is further

**ORDERED**, that if the Trustee does not receive the required proceeds and settlement sheet (HUD-1) within ninety (90) days of the date of the entry of this Order, the authority to sell granted by this Order shall automatically terminate and the modification to plan approved herein shall be void.

cc:

Debtors' Attorney
Debtors
Chapter 13 Trustee
All Creditors

**END OF ORDER**