**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

In re:                                          *

Bryan & Amber Gruzenski              *       Case No.:  10-24268

         Debtors                           *       Chapter 13

         *       *       *       *       *       *       *       *       *       *       *

**NOTICE OF HEARING ON DEBTORS' MOTION TO SELL REAL PROPERTY
FREE AND CLEAR OF ENCUMBERANCES AND SETTING DEADLINE
TO AMEND PROOFS OF CLAIM**

TO ALL CREDITORS AND PARTIES OF INTEREST:

         Please be advised that the Debtors, Bryan & Amber Gruzenski, give notice pursuant to Local Bankruptcy Rule 6004-1, that a Motion was filed on behalf of the Debtors for Authorization to Sell Real Property free and clear of liens and encumbrances.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer.  If you do not have a lawyer, you may wish to consult one.  A copy of the Motion and Proposed Order are attached.  A copy of the Contract of Sale has been filed with the Clerk of the U.S. Bankruptcy Court and may be inspected according to the rules established by the Clerk of the Court.

         If you do not want the court to grant the motion, or if you want the court to consider your views on the motion, then by **February 3, 2014**, you or your lawyer must file with the Clerk of the United States Bankruptcy Court, located at 101 W. Lombard Street, 8th Floor, Baltimore, Maryland 21201, a response to the motion explaining your position and mail a copy of the response to the Debtors' Attorney, Robert A. Siegel, Esq., 7310 Ritchie Highway, Suite 109, Glen Burnie, MD 21061.

         If you mail, rather than deliver, your response to the Clerk of the Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

         If an objection/response is timely filed, the U.S. Bankruptcy Court may schedule a Hearing on the objection or the Court may rule upon the objection without a Hearing.  If a Hearing is scheduled, it will be held on **February 5, 2014 at 11:15 a.m. located at the U.S. Bankruptcy Court, 101 W. Lombard Street, Courtroom 1-B, Baltimore, MD 21201**.  If no objection/response to this sale is timely filed with the Court, then the sale may take place without further notice.

In Accordance with Local Bankruptcy Rule 4001-4(g), any amendment to a previously filed claim must be filed no later than twenty (20) days after the date of filing of this notice. Such amendments include amending a claim previously filed as a secured claim, to reflect an unsecured claim resulting from the effect of 11 USC Section 506(a) and/or liquidation of the collateral.

Date of Notice:   1/08/14                              /s/   Robert A. Siegel
                                                      Robert A. Siegel, Esquire
                                                      7310 Ritchie Highway, Suite #109
                                                      Glen Burnie, Maryland  21061
                                                      (410) 760-0068
                                                      Attorney for Debtors