IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| In re: | * | |
| Bryan & Amber Gruzenski | * | Case No.: 10-24268 |
| Debtor | * | Chapter 13 |

\* \* \* \* \* \* \* \* \* \* \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  8th  day of January, 2014, I mailed a copy of the Debtors' Motion, Proposed Order and Notice of Proposed Sale of Real Property to: Ellen W. Cosby, Trustee, 300 E. Joppa Road, Suite 409, Towson, MD 21286; to the Office of the U.S. Trustee, 101 W. Lombard Street, Suite 2625, Baltimore, MD 21201; to all creditors at the addresses at which they have requested to receive notice, as listed on the current Court's Creditor Mailing Matrix obtained from PACER on January 8, 2014, via first class United States mail, postage prepaid and to the following:

Mary Beth Gillis, CEO
of Midland Mortgage Company
1500 Richland Street
Columbia, SC  29201

The Corporation Trust, Incorporated
351 West Camden Street
Baltimore, MD  21201

Department of Veterans Affairs
810 Vermont Avenue NW
Washington, DC  20420

    /s/   Robert A. Siegel
Robert A. Siegel, Esquire
7310 Ritchie Highway, Suite 109
Glen Burnie, MD 21061
(410) 760-0068
Attorney for Debtors