| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-1<br>Case 10-24268<br>District of Maryland<br>Baltimore<br>Wed Jan  8 15:07:28 EST 2014 | Bank of America NA c/o Wells Fargo Home Mort<br>4520 East West Highway<br>Suite 200<br>Bethesda, MD 20814-3382 | Chrysler Financial Services Americas, LLC<br>c/o H. Tucker Dewey<br>88 Union Ave., Suite 700<br>Memphis, TN 38103-5128 |
| GE Money Bank<br>c/o Recovery Management Systems Corp<br>Attn:  Ramesh Singh<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-7999 | MidFirst Bank<br>999 N.W. Grand Blvd.<br>Attn: Foreclosure, Bankruptcy, etc.<br>Oklahoma City, OK 73118-6116 |
| Midfirst Bank c/o Wells Fargo Bank, NA<br>4520 East West Highway<br>Suite 200<br>Bethesda, MD 20814-3382 | Midfirst Bank c/o Wells Fargo Home Mortgage,<br>c/o Kevin Feig, Esq.<br>4520 West West Highway, Suite 200<br>Bethesda, MD 20814 | TD Auto Finance LLC<br>c/o Jacob Zweig, Esq.<br>Evans Petree, PC<br>1000 Ridgeway Loop Rd, Suite 200<br>Memphis, TN 38120-4036 |
| Wells Fargo Home Mortgage<br>3476 Stateview Blvd<br>Fort Mill, Sc 29715-7203 | Anne Arundel County OCSE<br>PO BOX 1870<br>Annapolis, MD 21404-1870 | Anne Arundel County, Maryland<br>Office of Law<br>2660 Riva Road, 4th Floor<br>Annapolis, MD 21401-7055 |
| BGE<br>PO BOX 13070<br>Philadelphia, PA 19101-3070 | BGE<br>PO Box 1475<br>Baltimore, MD 21203-1475 | Bank of America<br>100 N Tyron Street<br>Charlotte, NC 28255-0001 |
| Bierman , Geesing, & Ward, LLC<br>4520 East West Highway<br>Suite 200<br>Bethesda, MD 20814-3382 | (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | Chrysler Financial Services Americas, LLC<br>c/o Hale, Dewey , Knight, PLLC<br>88 Union Avenue, Suite 700<br>Memphis, TN 38103-5128 |
| Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | Digestive Disease Associates<br>PO BOX 631911<br>Baltimore, MD 21263-1911 | HSBC Auto Finance<br>PO BOX 961245<br>Fort Worth, TX 76161-0244 |
| Harford County Office of<br>Child Support Enforcement<br>101 S. Main Street<br>Bel Air, MD 21014-3840 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Matco Tools<br>Rodney Long CFS Dept<br>4403 Allen Road<br>Stow, OH 44224-1033 |
| MidFirst Bank<br>999 N.w. Grand Blvd.<br>Attn:  Foreclosure, Bankrutpcy, etc.<br>Oklahoma City, OK 73118-6116 | Midfirst Bank c/o Wells Fargo Bank, NA<br>One Home Campus, X2302-04C<br>Des Moines, IA 50328-0001 | (p)MARLIN MEDCLR INOVISION<br>507 PRUDENTIAL ROAD<br>HORSHAM PA 19044-2308 |
| Plaza Associates<br>370 7th Ave<br>Suite 1200<br>New York, NY 10001-3982 | RJM ACQ LLC<br>575 Underhill Blvd Ste 224<br>Syosset, NY 11791-3416 | Robert A. Siegel, Esq.<br>7310 Ritchie Hwy.<br>Suite 109<br>Glen Burnie, MD 21061-3175 |

| | | |
|---|---|---|
| Santander Consumer USA<br>8585 N. Stemmons Fwy Ste 1100 N<br>Dallas, TX 75247-3822 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2201 | Wells Fargo Home Mortgage<br>3480 Stateview Blvd.<br>Fort Mill, SC 29715-7203 |
| Amber Leigh Gruzenski<br>207 Audrey Avenue<br>Brooklyn, MD 21225-2820 | Bryan Gerald Gruzenski<br>207 Audrey Avenue<br>Brooklyn, MD 21225-2820 | Ellen W. Cosby<br>300 E Joppa Road, Suite 409<br>Towson, MD 21286-3005 |
| Robert A. Siegel<br>Law Office of Robert A. Siegel, P.A.<br>7310 Ritchie Highway<br>Suite 109<br>Glen Burnie, MD 21061-3175 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chrysler Financial<br>P.O. Box 9223<br>Farmington, MI 48333 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA, PA 19114-0326 | NCO MEDCLEAR<br>PO BOX 8547<br>Philadelphia, PA 19101 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302-7999 | End of Label Matrix<br>Mailable recipients    36<br>Bypassed recipients     1<br>Total                  37 |